UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE FOX POPPER,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD FINANCIAL SERVICES GROUP, INC. and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:22-CV-148-D-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 12] and DISMISSES WITH PREJUDICE the complaint.

**This Judgment Filed and Entered on April 18, 2023, and Copies To:**

| | |
|---|---|
| Steven Dennis Corriveau | (via CM/ECF electronic notification) |
| H. Forest Horne, Jr. | (via CM/ECF electronic notification) |
| Gemma L. Saluta | (via CM/ECF electronic notification) |
| Nikole M. Crow | (via CM/ECF electronic notification) |

DATE: April 18, 2023        PETER A. MOORE, JR., CLERK

                                                          (By) /s/ Stephanie Mann
                                                          Deputy Clerk